NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MARGARET A. LAGUERRA,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3152

---

Petition for review of the Merit Systems Protection Board in No. DC0752120395-I-1.

---

**ON MOTION**

---

**O R D E R**

The Department of the Treasury ("Department") moves to reform the official caption to name the Merit Systems Protection Board ("Board") as the proper respondent, and to set the due date for the Board's brief as 21 days from the date of disposition of this motion.  Laguerra opposes.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board.  The

employing agency is designated as the respondent when the Board reaches the merits of the underlying case. Here, the Board dismissed Laguerra's appeal for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to reform the caption is granted. The revised official caption is reflected above.

(2)  The Board's brief is due 21 days from the date of filing of this order. The Department's brief is stricken.


FOR THE COURT


 /s/  Daniel E. O'Toole
      Daniel E. O'Toole
      Clerk

s21